# Court of Appeals
# of the State of Georgia

ATLANTA,  January 28, 2016

*The Court of Appeals hereby passes the following order:*

**A16A0686.  CHUCK'S GUN & PAWN, INC. v. LENDMARK FINANCE
SERVICES.**

In this trover action, Lendmark Finance Services sued Chuck's Gun & Pawn,
Inc. in magistrate court and won a judgment.  Chuck's Gun & Pawn appealed to state
court, and Lendmark Finance Services filed a motion for summary judgment, seeking
a ruling that it was entitled to possession of the property at issue.  The state court
granted summary judgment to Lendmark Finance Services.  Chuck's Gun & Pawn
then appealed directly to this Court.

Lendmark Finance Services has filed a motion to dismiss the appeal on the
grounds that OCGA § § 5-6-35 (a) (6) and (a) (11) required Chuck's Gun & Pawn to
follow the discretionary appeal procedures to seek review of the trial court's order.
OCGA § 5-6-35 (a) (6) is not applicable because no money damages were awarded.
See *Brown v. Associates Financial Svcs. Corp.*, 255 Ga. 457 (339 SE2d 590) (1986).
However, OCGA § 5-6-35 (a) (11) required that Chuck's Gun & Pawn comply with
discretionary appeal procedures because the state court's order disposed of a de novo
appeal from a magistrate court decision. See *Strachan v. Meritor Mortgage Corp.
East*, 216 Ga. App. 82 (453 SE2d 119) (1995).   Chuck's Gun & Pawn's failure to
follow the discretionary appeal procedure deprives us of jurisdiction over this appeal.
For this reason, Lendmark Finance Services' motion is GRANTED and this  appeal
is hereby DISMISSED.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* _____01/28/2016_____

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ *, Clerk.*